IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 20 C 283 |
| | ) | |
| DI'JON, INC., an Illinois corporation, | ) | JUDGE JOAN B. GOTTSCHALL |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DI'JON, INC., an Illinois corporation, in the total amount of $3,497.26, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,952.50.

On January 23, 2020, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his employee, Debbie Callell) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 13, 2020. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.[1]

/s/ Cecilia M. Scanlon

---

[1] Since Defendant has not appeared by counsel, Plaintiffs are unable to determine whether the instant Motion is opposed.

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Di'Jon\#28908\motion for default and judgment.cms.df.wpd

2

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of July 2020:

       Mr. Dennis M. Michon, Registered Agent
       Michon & Buckley
       15255 S. 94th Avenue, Suite 205
       Orland Park, IL   60462

       Ms. Diane Jacobi, President
       Di'Jon, Inc.
       3442 W. 198th Street
       Homewood, IL   60422-1267

       /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Di'Jon\#28908\motion for default and judgment.cms.df.wpd